FILED
2021 SEP 14 PM 2:33
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| N.C., individually and on behalf of A.C., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMERA BLUE CROSS,<br><br>Defendant. | ORDER OF TRANSFER TO THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON<br><br>Case No. 2:21-cv-00467-JNP-DAO<br><br>District Judge Jill N. Parrish |

Based on the parties' stipulated motion and with good cause appearing, the court ORDERS that this case be transferred to the United States District Court, Western District of Washington.

DATED September 14, 2021.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge